**Order entered January 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01584-CV

## ADAM C. LEONARD, Appellant

## V.

## SALINAS CONCRETE, LP, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-04971

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **GRANT** appellant's January 9, 2015 motion to stay discovery and pretrial proceedings pending resolution of this appeal.

Appellee's brief is due February 5, 2015.

/s/     ELIZABETH LANG-MIERS
JUSTICE